UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:08-BK-04242

ARDELL VINCENT PANZRINO
And JEANIE PANZRINO

Debtors.

_____

### SUGGESTION OF DEATH

The undersigned attorney files this announcement that JEANIE PANZRINO died on November 22, 2010. A copy of the death certificate is attached hereto and by this reference made a part hereof.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to: Douglas W. Neway, Trustee, Post Office Box 4308, Jacksonville, Florida 32202; and to the United States Trustee, Room 620, 135 West Central Boulevard, Orlando, Florida 32801 by mail this 21st day of December, 2010.

PINKSTON & PINKSTON, P.A.

By:_____
David J. Pinkston
Florida Bar Number 0985619
Post Office Box 4608
Jacksonville, FL 32201
904/389-5880; FAX 904/389-9957
Attorney for Debtor

# OFFICE of VITAL STATISTICS
## CERTIFIED COPY

### FLORIDA CERTIFICATE OF DEATH

**1. DECEDENT'S NAME:** Jeanie Panzrino  
**2. SEX:** Female  
**3. DATE OF BIRTH:** December 10, 1953  
**4a. AGE-Last Birthday (Years):** 56  
**5. DATE OF DEATH:** November 22, 2010  
**6. SOCIAL SECURITY NUMBER:** 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  
**7. BIRTHPLACE:** Tampa, Florida  
**8. COUNTY OF DEATH:** Duval  
**9. PLACE OF DEATH:** ✓ Decedent's Home  
**10. FACILITY NAME:** 8340 Axson Street  
**11a. CITY, TOWN, OR LOCATION OF DEATH:** Jacksonville  
**11b. INSIDE CITY LIMITS?** ✓ Yes  
**12. MARITAL STATUS:** ✓ Married  
**13. SURVIVING SPOUSE'S NAME:** Ardell V. Panzrino  
**14a. RESIDENCE - STATE:** Florida  
**14b. COUNTY:** Duval  
**14c. CITY, TOWN, OR LOCATION:** Jacksonville  
**14d. STREET ADDRESS:** 8340 Axson Street  
**14f. ZIP CODE:** 32221  
**14g. INSIDE CITY LIMITS?** ✓ Yes  
**15a. DECEDENT'S USUAL OCCUPATION:** Homemaker  
**15b. KIND OF BUSINESS/INDUSTRY:** Own Home  
**16. DECEDENT'S RACE:** ✓ White  
**17. DECEDENT OF HISPANIC OR HAITIAN ORIGIN?** ✓ No  
**18. DECEDENT'S EDUCATION:** ✓ Associate  
**19. WAS DECEDENT EVER IN U.S. ARMED FORCES?** ✓ No  
**20. FATHER'S NAME:** Kenneth Jones  
**21. MOTHER'S NAME:** Edna Miscue  
**22a. INFORMANT'S NAME:** Jason Ross  
**22b. RELATIONSHIP TO DECEDENT:** Son  
**23a. INFORMANT'S MAILING - STATE:** Florida  
**23b. CITY OR TOWN:** Jacksonville  
**23c. STREET ADDRESS:** 9119 CAtherine Foster Court  
**23d. ZIP CODE:** 32225  
**24. PLACE OF DISPOSITION:** Jacksonville Crematory  
**25a. LOCATION - STATE:** Florida  
**25b. LOCATION - CITY OR TOWN:** Jacksonville  
**26a. METHOD OF DISPOSITION:** ✓ Cremation  
**26b. IF CREMATION, DONATION OR BURIAL AT SEA, WAS MEDICAL EXAMINER APPROVAL GRANTED?** ✓ Yes  
**27a. LICENSE NUMBER:** F042595  
**28. NAME OF FUNERAL FACILITY:** National Cremation and Burial Society  
**29a. FACILITY'S MAILING - STATE:** Florida  
**29b. CITY OR TOWN:** Jacksonville  
**29c. STREET ADDRESS:** 6940 Atlantic Boulevard  
**29d. ZIP CODE:** 32211  
**30. CERTIFIER:** ✓ Medical Examiner  
**31b. DATE SIGNED:** 11/22/2010  
**32. TIME OF DEATH:** Approx. 0500  
**33. MEDICAL EXAMINER'S CASE NUMBER:** 10-04-01711  
**34a. LICENSE NUMBER:** ME 0055714  
**34b. CERTIFIER'S NAME:** Jesse C. Giles, MD  
**36a. CERTIFIER'S STATE:** Florida  
**36b. CITY OR TOWN:** Jacksonville  
**36c. STREET ADDRESS:** 2100 Jefferson Street  
**36d. ZIP CODE:** 32206  
**38b. DATE FILED BY REGISTRAR:** NOV 30 2010  
**39. PROBABLE MANNER OF DEATH:** ✓ Natural  
**41. CAUSE OF DEATH - PART I:**  
a. Acute Myocardial Infarction  
b. Arteriosclerotic Cardiovascular Disease  
**PART II:** Morbid Obesity, Chronic Obstructive Pulmonary Disease  
**42a. WAS AN AUTOPSY PERFORMED?** No  
**42b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** No  
**44. DID TOBACCO USE CONTRIBUTE TO DEATH?** ✓ Unknown  
**45. IF FEMALE, WAS SHE PREGNANT WITHIN THE PAST YEAR:** ✓ No  



Chief Deputy Registrar

NOVEMBER 30, 2010

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

HEALTH

DH FORM 1947 (08/04)

37355680

